L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>Carlos Morales<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 2:10-bk-26181-AA<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Carlos Morales, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On June 25, 2010 I purchased and sent my Chapter 13 Plan Payment $280.00 to my Chapter 13 Trustee **KATHY A DOCKERY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 691, MEMPHIS, TN 38101-0691.** See attached copy of the money order(s). This payment is for the month of June, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 02, 2010

_____
Debtor

_____
Joint Debtor

1



**UNITED STATES POSTAL SERVICE®**

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

Pay to: CHARTER 13 TRUSTEE
Address: PO BOX 512500
Los Angeles, CA 90051-0500

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 17662440150
Year, Month, Day: 2010-06-25
Post Office: 912011
Amount: $280.00
Clerk: 0007

Chapter 13 trustee.