| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER 2:10-bk-26181-AA |
| In re<br><br>Carlos Morales<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, __Carlos Morales__ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __4/26/2010__.

2. I am the owner of real property[1] at the following street address:

    __1063 Oneonta Drive__

    __Los Angeles, CA 90065__                                             (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of __BAC Home Loans Servicing, LP__.

    b. Second deed of trust in favor of __BAC Home Loans Servicing, Lp__ *(if applicable)*.

    c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1]A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    **F 3015-1.4**
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*                   F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 2 of 5

| In re | | CHAPTER 13 |
|---|---|---|
| Carlos Morales | Debtor(s). | CASE NUMBER 2:10-bk-26181-AA |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| BAC Home Loans Servicing, LP PO BOX 515503 Los Angeles, CA 90051 | $2828.70 | 1-15th May 2010 | 05/26/2010 |
|  | $2,666.12 | 1-15th June 2010 | 06/25/2010 |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                  F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                     Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*  F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 5

| In re | | CHAPTER 13 |
|---|---|---|
| Carlos Morales | Debtor(s). | CASE NUMBER 2:10-bk-26181-AA |

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  July 2, 2010                 Signature  _[signature]_
                                              Carlos Morales
                                              Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                Best Case Bankruptcy

1  L. Bishop Austin, Esq. (SBN 175497)
   L. BISHOP AUSTIN & ASSOCIATES
2  3250 Wilshire Blvd., Ste 1500
   Los Angeles, CA 90010
3  Tel: (213)388-4939  Fax (213)388-2411
   Email: lbishopbk@yahoo.com
4  Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In Re:

Carlos Morales

Debtor(s)

**CHAPTER 13**
CASE NO: 2:10-bk-26181-AA

DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER(s)
[NO HEARING REQUIRED]

I, Carlos Morales, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On June 25, 2010 I purchased and sent the mortgage payment $2828.70 to my lender –BAC Home Loans Servicing, to the following address: PO BOX 515503 Los Angeles, CA 90051. See attached copy of the money order(s).

This payment is for the month of June, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 02, 2010

_____
Debtor

_____
Joint Debtor



**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE

Pay to: BAC Home Loans Servicing, LP
Address: PO Box 515503
Los Angeles, CA 90051

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 17662440126
Year, Month, Day: 2010-06-25
Post Office: 912011
Amount: $1000.00
Clerk: 0007



**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE

Pay to: BAC Home Loans Servicing, LP
Address: PO Box 515503
Los Angeles, CA 90051

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 17662440137
Year, Month, Day: 2010-06-25
Post Office: 912011
Amount: $1000.00
Clerk: 0007



**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE

Pay to: BAC Home Loans Servicing, LP
Address: PO Box 515503
Los Angeles, CA 90051

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 17662440148
Year, Month, Day: 2010-06-25
Post Office: 912011
Amount: $666.12
Clerk: 0007

BAC Home Loans.
#2,666.12