| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-26181-AA |
|---|---|
| In re<br><br>Carlos Morales<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, __Carlos Morales__ (Debtor's name), hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __4/26/2010__.

2. I am the owner of real property[1] at the following street address:

   __1063 Oneonta Drive__

   __Los Angeles, CA 90065__  (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of __BAC Home Loans Servicing, LP__.

   b. Second deed of trust in favor of __BAC Home Loans Servicing, Lp (LAM Motion filed)__ (if applicable).

   c. Third deed of trust in favor of __None__ (if applicable).

(Continued on next page)

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 3015-1.4
Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 2 of 3*

| In re<br>Carlos Morales | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-26181-AA |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| BAC Home Loans Servicing, LP PO BOX 515503 Los Angeles, CA 90051 | $2828.70 | 1-15th May 2010 | 05/26/2010 |
| | $2,666.12 | 1-15th June 2010 | 06/25/2010 |
| | $2,663.12 | 1-15th July 2010 | 07/05/2010 |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    **F 3015-1.4**

*Local Bankruptcy Rule 3015-1(m) - Page 3 of 3*

| In re<br>Carlos Morales<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-26181-AA |
|---|---|

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,   ☐ money orders,   ☐ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date **July 27, 2010**        Signature *(signed)*
                                        Carlos Morales
                                        Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.4**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In Re: | CHAPTER 13 |
|---|---|
| Carlos Morales | CASE NO: 2:10-bk-26181-AA |
| Debtor(s) | DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER BAC HOME LOANS SERVICING FOR JULY 2010 [NO HEARING REQUIRED] |

I, Carlos Morales, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On JULY 5, 2010 I sent my mortgage payment $2663.120 to my lender –BAC Home Loans Servicing, to the following address: PO BOX 515503 Los Angeles, CA 90051. See attached copy of the financial institution check # 1109 for a total of $ $2,663.12. This payment is for the month of July, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 27, 2010

_____
Debtor

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

| 2009 | 2010 | 2011 |
|---|---|---|
| JANUARY  FEBRUARY  MARCH | JANUARY  FEBRUARY  MARCH | JANUARY  FEBRUARY  MARCH |

CH13  LA10-26181-AA

2010 JULY MORTGAGE pmt

STORE YOUR DUPLICATE CHECKS IN YOUR CHECK BOX.

☑ Track your expenses...
☐ Clothing   ☐ Food       ☐ Transportation
☐ Credit Card ☐ Utilities  ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX DEDUCTIBLE ITEM            1109

07/25/10

BALANCE FORWARD

BAC HOME LOANS SERVICES   THIS ITEM  2663

BALANCE

DEPOSIT

OTHER

BALANCE FORWARD

#127348604

1109

For added security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**